UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLE JONATHAN KUBES,

    Plaintiff,

v.

CALIFORNIA CORRECTIONAL INSTITUTE FACILITY B,

    Defendant.

Case No. 20-cv-02784-TSH

**ORDER OF TRANSFER**

Plaintiff, an inmate at California State Prison – Corcoran in Corcoran, California ("CSP-Corcoran") has filed a *pro se* civil rights action against California Correctional Institute ("CCI") in Tehachapi, California, alleging that CCI officials violated his rights while he was housed there from December 30, 2019 to February 11, 2020. ECF No. 1. Plaintiff has consented to magistrate judge jurisdiction. ECF No. 2. CCI is located in Kern County, which is within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 4/30/2020

THOMAS S. HIXSON
United States Magistrate Judge