UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE J. KUBES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00632-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATIONS DISMISSING CERTAIN CLAIM<br><br>[ECF Nos. 16, 17] |

　　Plaintiff Kyle J. Kubes is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　On July 1, 2020, the undersigned screened Plaintiff's first amended complaint and found that Plaintiff stated a cognizable claim for deliberate indifference for denial of clean clothing against the unidentified captain, lieutenant Garcia, and unidentified sergeant. (ECF No. 16.) However, Plaintiff was advised that he failed to state a cognizable claim for deliberate indifference for denial of mental health treatment. (Id.) Therefore, Plaintiff was advised that he could file an amended complaint or a notice of intent to proceed on the claim found to be cognizable or file a second amended complaint. (Id.)

　　On July 23, 2020, Plaintiff notified the Court of his intent to proceed on the deliberate indifference claim for denial of clean clothing against Defendants lieutenant Garcia, unidentified

1

captain, and unidentified sergeant. (ECF No. 17.) Accordingly, the Court will recommend that this action proceed only on Plaintiff's deliberate indifference claim for denial of clean clothing in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010).

Accordingly, the Clerk of the Court is HEREBY DIRECTED to randomly assign a District Judge to this action.

Further, based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed against Defendants unidentified captain, lieutenant Garcia, and unidentified sergeant for denial of clean clothing in violation of the Eighth Amendment; and

2. Plaintiff's deliberate indifference claim for denial of mental health treatment be dismissed for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **July 27, 2020**

UNITED STATES MAGISTRATE JUDGE