UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE J. KUBES,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION,<br><br>          Defendant. | Case No.: 1:20-cv-00632-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. No. 19) |

Plaintiff Kyle J. Kubes is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 1, 2020, the Magistrate Judge screened Plaintiff's first amended complaint and found that Plaintiff stated a cognizable claim for deliberate indifference for denial of clean clothing against the unidentified captain, lieutenant Garcia, and unidentified sergeant. (Doc. No. 16.) However, Plaintiff was advised that he failed to state a cognizable claim for deliberate indifference for denial of mental health treatment. (Id.) Therefore, Plaintiff was advised that he could file an amended complaint or a notice of intent to proceed on the claim found to be cognizable. (Id.)

On July 23, 2020, Plaintiff notified the Court of his intent to proceed on the deliberate indifference claim for denial of clean clothing against Defendants lieutenant Garcia, unidentified captain, and unidentified sergeant. (Doc. No. 17.) Accordingly, on July 27, 2020, the Magistrate

1

Judge issued Findings and Recommendations recommending that this action proceed only on Plaintiff's deliberate indifference claim for denial of clean clothing against Defendants lieutenant Garcia, unidentified captain, and unidentified sergeant. (Doc. No. 19.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (Id.) Plaintiff has not filed objections and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The Findings and Recommendations issued on July 27, 2020 (Doc. No. 19.) are adopted;
2. This action shall proceed against Defendants unidentified captain, lieutenant Garcia, and unidentified sergeant for denial of clean clothing in violation of the Eighth Amendment; and
3. Plaintiff's deliberate indifference claim for denial of mental health treatment is dismissed for failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: ___October 8, 2020___        _____
                                      SENIOR DISTRICT JUDGE