UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE J. KUBES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00632-AWI-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION REGARDING IDENTITY OF DEFENDANT JOHN DOE, SERGEANT IN ORDER TO EFFECTUATE SERVICE OF THE SUMMONS AND COMPLAINT<br><br>(ECF No. |

　　　　Plaintiff Kyle J. Kubes is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On October 9, 2020, the Court found that service of Plaintiff's first amended complaint was appropriate as to Defendants unidentified captain, lieutenant Garcia, and unidentified sergeant for denial of clean clothing in violation of the Eighth Amendment, and serve was directed pursuant to the Court's E-Service pilot program for civil rights cases in the Eastern District of California. (ECF No. 21.)

　　　　On October 19, 2020, the California Department of Corrections and Rehabilitation returned a notice of intent to not waive personal service on Defendant John Doe, Sergeant employed at California Correctional Institution, Facility B on or about December 30, 2019 to February 11, 2020, noting that

there was "not enough information to narrow down the Defendant. Too many Sergeants on staff." (ECF No. 24.)

Thus, at this time, the Court cannot order service by the United States Marshal because the Sergeant's identity is unknown. Therefore, Plaintiff will be granted the opportunity to provide additional information regarding the identity of the John Doe Sergeant employed at California Correctional Institution, prior to the opening of discovery.

Accordingly, it is HEREBY ORDERED that, within **thirty (30) days** from the date of service of this order, Plaintiff shall provide additional information regarding the identity of the John Doe Sergeant, if available, in order to effectuate service of the summons and complaint prior to discovery.

IT IS SO ORDERED.

Dated: __October 20, 2020__

_____
UNITED STATES MAGISTRATE JUDGE