# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE J. KUBES,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION,<br><br>    Defendant. | Case No.: 1:20-cv-00632-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>(ECF No. 31) |

Plaintiff Kyle J. Kubes is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the time to file a response to Plaintiff's first amended complaint, filed December 16, 2020.

Good cause having been presented, it is HEREBY ORDERED that the time for Defendants to file a response to Plaintiff's first amended complaint is extended to February 16, 2021.

IT IS SO ORDERED.

Dated: __December 17, 2020__

UNITED STATES MAGISTRATE JUDGE

1