# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE J. KUBES,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-00632-AWI-SAB (PC)<br><br>NOTICE OF ERRATA TO FEBRUARY 18, 2021 ORDER<br><br>(ECF No. 34) |

　　　Plaintiff Kyle J. Kubes is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　This case is currently set for settlement conference on April 22, 2021, before Magistrate Judge Barbara A. McAuliffe.

　　　The Court's February 18, 2021 order incorrectly lists the telephone number of Courtroom Deputy, Esther Valdez, as (559) 499-5799. However, the parties are advised that the correct telephone number is **(559) 499-5788**.

IT IS SO ORDERED.

Dated:　**April 20, 2021**　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1