UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE J. KUBES,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL INSTITUTION,<br><br>    Defendant. | Case No.: 1:20-cv-00632-AWI-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE KYLE J. KUBES, CDCR #BJ-5487 |

A settlement conference in this matter commenced on April 22, 2021. Inmate Kyle J. Kubes, CDCR #BJ-5487 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **April 22, 2021**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE

1